**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                          Case No. 11-cr-156-PB

<u>**Alyssa Phillips, et al.**</u>

### O R D E R

Defendant Joshua Hensley has moved through counsel to continue the April 3, 2012 in the above case, citing the need for additional time to finalize plea negotiations. The government and co-defendant Alyssa Phillips do not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 3, 2012 to June 5, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The March 26, 2012 final pretrial conference is continued to May 22, 2012 at 11:30 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 21, 2012

cc: Robert S. Carey, Esq.
    Matthew Lahey, Esq.
    Harry Batchelder, Esq.
    Jennifer Davis, AUSA
    United States Marshal
    United States Probation