**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

  **v.**            Criminal No. 11-cr-156-03-B

<u>**Bruce Simmons**</u>

<u>**O R D E R**</u>

The defendant has moved to continue the January 8, 2013 trial in the above case. Defendant cites the need for additional time to negotiate a deal with the government. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to work out a non-trial resolution and/or properly prepare for trial, the court will continue the trial from January 8, 2013 to March 5, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The December 17, 2012 final pretrial conference is continued

to February 20, 2013 at 3:15 pm.

    SO ORDERED.


                                            <u>/s/ Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

December 14, 2012

cc:   Patrick J. Richard, Esq.
      Jennifer C. Davis, Esq.
      US Probation
      US Marshal